UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

TRACI K.,

                       Plaintiff,

v.                                               3:21-CV-0342
                                                (ML)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                       Defendant.

_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LACHMAN, GORTON LAW FIRM<br>  Counsel for the Plaintiff<br>1500 East Main Street<br>Endicott, New York 13761 | PETER A. GORTON, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>  Counsel for the Defendant<br>J.F.K. Federal Building<br>15 New Sudbury Street<br>Boston, Massachusetts 02203 | RAMI VANEGAS, ESQ.<br>Special Assistant United States<br>Attorney |

MIROSLAV LOVRIC, United States Magistrate Judge

### CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 6 OF 42 U.S.C. § 405(g)

This matter having been opened to the Court by ANTOINETTE T. BACON, Acting United States Attorney for the Northern District of New York, and Rami Vanegas, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence six of 42 U.S.C. § 405(g) to provide Plaintiff with a *de novo* hearing before an Administrative Law Judge; and Plaintiff, through counsel Peter A. Gorton, having consented to the within order and the requested remand (Dkt.

No. 10), and the Court having considered the matter, so that further administrative action may be taken;

IT IS on this 27th day of August, 2021,

**ORDERED** that this matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the Court will retain jurisdiction over the within matter, in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Dated: August 27, 2021
       Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge